UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROMUALDO FRANCO MIRANDA,

                      Plaintiff,

    -against-

GALAXY GENERAL CONTRACTING CORP. and
STEVEN ZERVOUDIS,

                      Defendants.
-------------------------------------------------------------------X

No. 23 Civ. 7580 (JHR)(SN)

[PROPOSED] JUDGMENT

**The Court Orders that:**

Plaintiff Romualdo Franco Miranda recovers from Defendants Galaxy General Contracting Corp. and Steven Zervoudis, jointly and severally, the total amount of Fifty-Five Thousand Dollars and Zero Cents ($55,000.00), inclusive of attorneys' fees and costs, as set forth in the accepted offer of judgment (ECF No. 15).

Dated: New York, New York
         February 22, 2024

All dates and deadlines are canceled. The Clerk of Court is directed to close the case. SO ORDERED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/2024

SO ORDERED:

*Jennifer H. Rearden*
Hon. Jennifer H. Rearden
United States District Judge